F I L E D
CLERK, U.S. DISTRICT COURT
8/3/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KASEY GRACE CHI,<br>    aka "Kasey Chi,"<br>    aka "Grace Chi,"<br>    aka "Chi Kasey Grace,"<br>    aka "Chi Kil Cha,"<br>    aka "Kilcha Turner,"<br>    aka "Kil Cha Turner,"<br><br>    Defendant. | CR No. 2:22-cr-00350-AFM<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1701: Obstruction of Mails]<br><br>[CLASS B MISDEMEANOR] |

The Acting United States Attorney charges:

[18 U.S.C. § 1701]

On or about November 17, 2021, in Los Angeles County, within the Central District of California, defendant KASEY GRACE CHI, also known as ("aka") "Kasey Chi," aka "Grace Chi," aka "Chi Kasey Grace," aka "Chi Kil Cha," aka "Kilcha Turner," aka "Kil Cha Turner," knowingly and willfully obstructed and retarded the passage of mail, in that defendant CHI obtained $200 belonging to L.K. that was contained in

//

//

the United States mail and removed the $200 from the United States mail without it being delivered to L.K.

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

KYLE W. KAHAN
Special Assistant United States Attorney
General Crimes Section